Shore Gardens Corporation, Respondent, v. Restel Realty Corporation and Others, Appellants.— Motion granted and time extended to the April term

upon condition that appellants pay respondent thirty dollars costs within five days from the service of a copy of the order herein; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.